UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

INTERSCOPE RECORDS, a California
General Partnership, et al.,

             Plaintiffs,

-against-

DULCE YRENA,

             Defendant.

--------------------------------------------------------X

Civil Action No. 04CV3046 (DGT)(RML)

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
COURTESY COPY JUL 7, 2005
P.M.
TIME A.M.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
June 21, 2005

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiff

By: _____
J. Christopher Jensen (JJ 1864)
Jason D. Sanders (JS 2219)
Maryann Penney (MP-0741)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

Dated: New York, New York
June 21, 2005

Lowell B. Davis, Esq.
Attorney for Defendant

By: _____
Lowell B. Davis, Esq.
One Old Country Road
Carle Place, New York 11514

So Ordered:

s/David G. Trager   6/21/2005
U.S.D.J.

25369/000/709170.1